No. 16–0586/MC. U.S. v. Nhubu C. Chikaka. CCA 201400251. On consideration of Appellee's motion to strike Appellant's brief, motion to strike pages from the joint appendix, motion for exception to the rule, motion to correct errata, corrected motion to strike Appellant's brief, and corrected motion to strike pages from the joint appendix, it is ordered that Appellee's motions to correct errata and for exception to the rule, are hereby granted; Appellee's corrected motion to strike pages from the joint appendix and corrected motion to strike Appellant's brief are hereby denied; and Appellee's motions to strike pages from the joint appendix and to strike Appellant's brief are hereby denied as moot.*

Friday, March 17, 2017

No. 16–0475/AF. U.S. v. Nathan G. Wilson–Crow. CCA 38706. On consideration of the Hearing Notice issued February 21, 2017, setting the above-mentioned case for oral argument, it is ordered that said Hearing Notice is hereby vacated.

No. 16–0586/MC. U.S. v. Nhubu C. Chikaka. CCA 201400251. In view of the recusal of Judge Margaret A. Ryan, notice is hereby given that the Chief Judge has called upon Senior Judge Walter T. Cox III to perform judicial duties in the above-

* Judge Ryan did not participate.

referenced case, and that Senior Judge Cox has consented to perform judicial duties in said case under Article 142(e)(1)(A)(iii), Uniform Code of Military Justice, 10 U.S.C. § 942(e)(1)(A)(iii) (2012).

No. 16–0727/AF. U.S. v. James W. Richards IV. CCA 38346. Appellant's motion to correct errata in oral argument is granted.

No. 17–0037/AF. U.S. v. Cory D. Phillips. CCAS38771. On consideration of the Hearing Notice issued February 21, 2017, setting the above-mentioned case for oral argument, it is ordered that said Hearing Notice is hereby vacated.

No. 17–0207/AR. U.S. v. David Montoya. CCA 20150211. On consideration of Appellant's petition for grant of review of the decision of the United States Army Court of Criminal Appeals, and the Appellee's general opposition letter, it is ordered that, with regard to the third issue raised pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), involving text messages, appellate defense counsel will file an additional supplement on said issue within 20 days of the date of this order. Appellee may answer within 20 days of the filing of the additional supplement.

No. 17–0227/MC. U.S. v. David Montalvo III. CCA 201400241. On consideration of Appellant's third motion to extend time to file the supplement to the petition for grant of review, it is ordered that said motion is hereby granted, but only up to and including March 31, 2017, and absent extraordinary circumstances, no further extension of time will be granted in this case.

No. 17–0286/AF. U.S. v. Eldridge S. Jones, Jr. CCA 38859. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 3, 2017.

No. 17–0287/NA. U.S. v. Andrew A. Sholtes. CCA 201500230. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 5, 2017.

Monday, March 20, 2017

No. 17–0169/AF. U.S. v. Marcus A. Mancini. CCA 38783. On consideration of Appellee's motion to dismiss the petition for grant of review for lack of jurisdiction,